FILED IN
1ST COURT OF APPEALS
HOUSTON, TEX

FEB 23 2015

CHRISTOPHER A.
CLERK

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 23 2015

CHRISTOPHER A. PRINE
CLERK

February 18, 2015

Carolyn Johnson-Thomas
19702 Dunbar Avenue
Humble TX, 77338

To whom this may concern on Cause No2014-00630 Ezra Thomas III vs. Carolyn Johnson-Thomas and sent Court of appeals Number: 01-15-00007-CV Trail court case Number

When I stated in front of Robert Davidson and Judge presiding that day of trail on December10th,2015. I filed appeal telling the clerk that I have female issues and they send me a filling date with a fee . I stated to the clerk that didn't have a lawyer. Then went to Legal aid office on week of February 6-14,2015. Ionly given a printout from 2012. I have no lawyer to support me and no money to pay one. So I'm sending this letter before February 26,2015. I need this case resolved but having female medical issues and me and my son has no Insurance so I applied for Government programs. Iwas sent a letter from 2- different addresses. I don't have an attorney and no knowledge of supplemental clerks record. I mentioned to clerk that I wouldn't be able to get back and forward to court due to transportation and daycare, medical issues.Also told her have no access to fax or online access myself and stated to judge and plaintiff lawyer on trail date.

Legal Aid couldn't give me the affidavit form and still don't have an appointed lawyer from there services and can't afford one.

Thankyou,

Carolyn Johnson-Thomas        February 20th, 2015

Carolyn Johnson-Thomas

P.S  I was sent a letter from Chris Daniel District Clerk, Harris county, Texas Civil/Family Post Trail,201 Caroline, Ste250,P.O.B.4651 Houstoun Texas 77210and First Court Of Appeals 301 Fannin Street Houston, Texas 77002-2066

*Aplied for legal assistance month of February 3-15. I have nolegal aid that would even explain your letter and what is needed from Carolyn Johnson-Thomas. Mail contact only and sendind this back the best of my knowledge.



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

1/6/2015

CAROLYN JOHNSON-THOMAS
PRO SE
19702 DUNBAR AVE
HUMBLE TX 77338
Fax: N/A PH: N/A E-mail: N/A

RE:     Case #: 2014-00630
        Styled: CAROLYN JOHNSON-THOMAS vs EZRA THOMAS, III

**Dear Customer:**

This is to inform you that we have received your notice of appeal, filed 1/6/2015. This appeal was assigned to the FIRST Court of Appeals, and we have calculated the clerks record due tentatively on 3/1/2015.

A request for a designation of items to be included in the clerk's record should be filed *immediately*. If no request is received *before the preparation* of the clerks record (**one week before due date**, three days if accelerated), Rule 34.5(b), only items relating to Rule 34.5(a), Rules of Appellate Procedure, will be included. For any items to be included, after the Clerk has prepared the record, it will be necessary to request a supplemental clerk's record Rule 34.5(c).

**Please file all appeal pleadings and requests directly with the Civil/Family Post Trial department, located at 201 Caroline, Suite 250. If party filing Notice of Appeal is an attorney, your pleadings must be electronically filed.**

Thank you,

DUANE C. GILMORE, DEPUTY CLERK

Chris Daniel, District Clerk
Harris County, Texas
Civil/Family Post Trial
201 Caroline,, Ste 250
P.O. Box 4651
Houston, Texas  77210



**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066



U.S. POSTAGE >> PITNEY BOWES

January 27 2015

ZIP 77002 $ 000.34°
02 1W
0001372104 JAN 27 2015

RE: Case No. 01-15-00007-CV

Style: Carolyn Johnson-Thomas
v. Ezra Thomas

The case was filed in this Court on January 06, 2015. To date, our records show that **Appellant** has neither established indigence nor paid the $195 appellate filing fee. *See* TEX. R. APP.P.5.

Unless appellant pays the appellate filing fee on or before February 26, 2015, the Court may dismiss the appeal. *See* TEX. R. APP. P. 42.3

T. C. Case # 2014-00630          Christopher A. Prine, Clerk of the Court, Clerk

Carolyn Johnson-Thomas
19702 Dunbar Avenue
Humble, TX 77338

Carolyn Johnson Thomas
19062 Dunbar Avenue
Humble TX 77338

N. HOUSTON
TX 773
20 FEB '15
PM 7 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 23 2015

CHRISTOPHER A. PRINE
CLERK

7700220 6699

First Court Appeal
301 FANNIN STREET
Houston TX 77002-2066

$0.48⁰
US POSTAGE
FIRST-CLASS

071S00B95904
77338
00000 1584